MN - 204
(Rev'd 9/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Judith Kay Nelson,**                                              BKY **18-41088-KHS**

    Debtor.                                                    Chapter 7

**NOTICE OF SALE**

To: The United States Trustee, all creditors and other parties in interest.

**NOTICE.** On September 7, 2018, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

$200, for the amount of cash on hand as of the filing date; $1,492.63, for the amount on deposit in the debtor's business checking accounts as of the filing date; $2,880.05, for the amount on deposit in the debtor's personal checking accounts as of the filing date; $432.13, for the amount on deposit in the debtor's saving account as of the filing date; and, $1,012.31, for the listed value of the Manulife DRP Common Stock; will be sold to the debtor for the sum of **$6,017.12** via an immediate lump sum payment. The debtor's amended Schedule C is unclear as to whether or not she is attempting to claim these assets exempt under the Minnesota exemption statutes. However, the debtor agreed to pay the full amounts to the trustee. Since this is the highest offer received for the purchase of these assets and represents the full actual non-exempt values, the trustee believes the sale to the debtor is in the best interests of the estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | Julia A. Christians, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: August 17, 2018                         /e/ *Julia A. Christians*
                                                                 Julia A. Christians, Trustee
                                                                 120 South Sixth Street, Suite 2500
                                                                 Minneapolis, MN  55402
                                                                 (612) 338-5815

18-178