UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: JUDITH KAY NELSON | CASE NO: 18-41088<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/17/2018, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/17/2018

/s/ Julia A. Christians
Julia A. Christians  157867
Lapp, Libra,Thomson,Stoebner & Pusch
120 South 6th Street Suite 2500
Minneapolis, MN  55402
6 33 5815

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  JUDITH KAY NELSON | CASE NO: 18-41088 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 8/17/2018, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/17/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Julia A. Christians
Lapp, Libra,Thomson,Stoebner & Pusch
120 South 6th Street Suite 2500
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 18-41088<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>FRI AUG 17 10-40-45 CDT 2018 | EXCLUDE<br>MINNEAPOLIS<br>301 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | AIMCO<br>PALAZZO EAST AT PARK LA BREA<br>348 HAUSER BLVD<br>LOS ANGELES CA 90036-3276 |
| ALEXANDER S GAREEB<br>GAREEB LAW GROUP APC<br>5900 CANOGA AVE STE 250<br>WOODLAND HILLS CA 91367-5128 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 |
| BRIAN BURR<br>CO GAREER LAW GROUP<br>5900 CANOGA AVE STE 250<br>WOODLAND HILLS CA 91367-5128 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | COMMENITY BANKPIER 1<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| GINA TGIUNTII<br>7250 FRANKLIN AVE UNIT 214<br>LOS ANGELES CA 90046-3035 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATI<br>PHILADELPHIA PA 19101-7346 | LP EP APARTMENTS LLC<br>12100 SINGLETREE LANE STE 100<br>EDEN PRAIRIE MN 55344-7934 |
| MN DEPARTMENT OF REVENUE<br>COLLECTION DIVISION<br>PO BOX 64564<br>SAINT PAUL MN 55164-0564 | MACYSDSNB<br>PO BOX 8218<br>MASON OH 45040-8218 | STEFANO ZEL<br>7250 FRANKLIN AVE UNIT 214<br>LOS ANGELES CA 90046-3035 |
| US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | WELLS FARGO<br>PO BOX 94435<br>ALBUQUERQUE NM 87199-4435 | WELLS FARGO DEALER SERVICES<br>PO BOX 17900<br>DENVER CO 80217-0900 |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 14411<br>DES MOINES IA 50306-3411 | CHARLA M HUNTER<br>HUNTER MARTIN PLLC<br>7900 INTERNATIONAL DR<br>STE 300<br>BLOOMINGTON MN 55425-2562 | DEBTOR<br>JUDITH KAY NELSON<br>14339 GOLF VIEW DRIVE<br>EDEN PRAIRIE MN 55346-3004 |
| JULIA A CHRISTIANS<br>LAPP LIBRA THOMSON STOEBNER PUSCH<br>120 SOUTH SIXTH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | | |